# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Rhonda Pennington, et al., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Continental Resources, Inc., | ) | |
| | ) | Case No. 1-17-cv-211 |
| Defendants. | ) | |

Before the court is a motion for attorney Nathan A. Keever to appear *pro hac vice* on Plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Keever has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Keever has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 4) is **GRANTED**. Attorney Keever is admitted to practice before this court in the above-entitled action on behalf of the Plaintiffs.

**IT IS SO ORDERED.**

Dated this 20th day of October, 2017.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr.
>  United States Magistrate Judge