# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Rhonda Pennington, Steven Nelson, Donald Nelson, and Charlene Bjornson, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Continental Resources, Inc., | ) ) | Case No. 1:17-cv-211 |
| Defendant. | ) | |

A settlement conference was scheduled before the undersigned on February 2, 2018. However, on January 8, 2018, the court granted plaintiffs' motion for remand and remanded this matter to the District Court for the Northwest Judicial District, McKenzie County, North Dakota. The settlement conference is therefore canceled.

**IT IS SO ORDERED.**

Dated this 29th day of January, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court